# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CRAYTONIA BADGER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #162710

v.　　　　　　　　　CASE NO. 2:22-CV-00159-BSM

**GAYLON LAY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 22] is adopted. Defendants' motion to dismiss [Doc. No. 12] is granted, and Badger's complaint [Doc. No. 2] is dismissed without prejudice.

It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE